UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, INC., MOTORSPORTS AUTHENTICS, LLC, SPEEDWAY MOTORSPORTS, INC., SPEEDWAY PROPERTIES COMPANY, LLC, NEW HAMPSHIRE SPEEDWAY, INC., INTERNATIONAL SPEEDWAY CORPORATION, RCR ENTERPRISES, LLC, ROUSH FENWAY RACING, LLC, JOE GIBBS RACING, INC., HENDRICK MOTORSPORTS, LLC, HMS MOTORSPORTS, LLC, JEFF GORDON, INC., DEJ HOLDINGS, LLC, RUSTY WALLACE, INC., PENSKE RACING SOUTH, INC., PENSKE RACING LLC, DALE EARNHARDT, INC., GILLETT EVERNHAM MOTORSPORTS, L.L.C., RED BULL GMBH, MICHAEL WALTRIP RACING HOLDINGS, LLC, and CHIP GANASSI RACING WITH FELIX SABATES, INC., <br>                  Plaintiffs,<br>v.<br>VARIOUS JOHN AND JANE DOES, and VARIOUS XYZ CORPORATIONS,<br>                  Defendants. | Civil Action No. 3:08CV44<br><br>**Filed Under Seal** |

## ORDER SEALING FILE AND DOCKET SHEET

Upon consideration of Plaintiffs' Motion for an Order Temporarily Sealing File and Docket Sheet, Plaintiffs' Memorandum of Law in Support of Motion for an Order Temporarily Sealing the File and Docket Sheet, and the Verified Complaint in this action, and pursuant to Local Rule 6.1, the Court finds as follows:

1. The material sought to be sealed is all filings in this case, as required by 15 U.S.C. § 1116(d).

2. Sealing is necessary, and there are no alternatives to filing under seal, because sealing is mandated by 15 U.S.C. § 1116(d). In addition, sealing is proper and warranted in this case (1) to protect Defendants from publicity before they have an opportunity to respond to the seizure order, and (2) to prevent Defendants from learning of the existence of this Action or any seizure order prior to its execution.

3. With respect to the duration of sealing, 15 U.S.C. § 1116(d)(8) requires sealing "until the person against whom the order is directed has an opportunity to contest" the *ex parte* seizure order. Thus, sealing is required at least until the Court conducts a hearing following issuance of the requested seizure order, if appropriate.

Good cause having been shown, it is hereby:

**ORDERED** that the Clerk of this Court (1) shall seal the file of this action pursuant to 15 U.S.C. § 1116(d) and Local Rule 6.1, until a hearing has been held on the seizure order requested by Plaintiffs; and (2) shall make the case file available electronically to all counsel of record, and permit any person who has demonstrated that he or she is a party to this Action to have access to the file as provided by 15 U.S.C. § 1116(d)(8).

**IT IS FURTHER ORDERED** that this Order shall expire at the time a hearing is held on the requested seizure order pursuant to 15 U.S.C. § 1116(d)(10)(A).

Dated: February 8, 2008

United States District Judge