IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:08-cv-00044-FDW

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, INC., MOTORSPORTS AUTHENTICS, LLC, SPEEDWAY MOTORSPORTS, INC., SPEEDWAY PROPERTIES COMPANY, LLC, NEW HAMPSHIRE SPEEDWAY, INC., INTERNATIONAL SPEEDWAY CORPORATION, RCR ENTERPRISES, LLC, ROUSH FENWAY RACING, LLC, JOE GIBBS RACING, INC., HENDRICK MOTORSPORTS, LLC, HMS MOTORSPORTS, LLC, JEFF GORDON, INC., DEJ HOLDINGS, LLC, RUSTY WALLACE, INC., PENSKE RACING SOUTH, INC., PENSKE RACING LLC, DALE EARNHARDT, INC., GILLETT EVERNHAM MOTORSPORTS, L.L.C., RED BULL GMBH, MICHAEL WALTRIP RACING HOLDINGS, LLC, and CHIP GANASSI RACING WITH FELIX SABATES, INC.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**VARIOUS JOHN AND JANE DOES, and VARIOUS XYZ CORPORATIONS,**<br><br>Defendants. | **ORDER**<br><br>**(UNDER SEAL)** |

THIS MATTER comes now before the Court upon Plaintiffs' Proposal for Publication of Notice of Hearing (Doc. No. 12). The Court has already determined that notice by publication, given the fact that Defendants consist of "persons missing or unknown," Mullane v. Cent. Hanover Bank

& Trust Co., 339 U.S. 306, 316 (1950), is the only practicable way to notify Defendants of the preliminary injunction hearing scheduled for February 28, 2008. The Court finds that Plaintiffs' proposed publication is "reasonably calculated, under all the circumstances, to apprised interested parties of the pendency of the action and afford them an opportunity to present their objections." Id. at 315. Additionally, the Court finds that NASCAR.com is the best possible publication to notify members of the racing community of the pending hearing. (See Crotty Declaration, Doc. No. 12, Ex. B.) Thus, the Court approves the posting of said publication on NASCAR.com, which posting shall run from February 20, 2008, to February 28, 2008.

IT IS SO ORDERED.    Signed: February 19, 2008

Frank D. Whitney
United States District Judge

SEALED DOCUMENT with access to Plaintiffs