IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:08-cv-00044-FDW

| | | |
|---|---|---|
| NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, INC., et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | NOTICE |
| vs. | ) ) | |
| VARIOUS JOHN AND JANE DOES, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

TAKE NOTICE that this matter has been set for a status conference to be held at **9:00 a.m.** on **December 12, 2008**, in Courtroom #1 of the Charles R. Jonas Federal Building in Charlotte, North Carolina.

IT IS SO ORDERED.                Signed: December 1, 2008

_____
Frank D. Whitney
United States District Judge